

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:*   (212) 885-5262
*Fax:*     (917) 332-3841
*Email:*   william.anthony@blankrome.com

May 20, 2022

**VIA ECF**
Magistrate Judge Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Martinez Lopez et al v. GDB International, Inc.
Case No: 3:21-cv-05923-MAS-TJB

Dear Judge Bongiovanni:

We represent Defendant GDB International, Inc. ("GDB International") in the above-captioned matter and submit this joint status letter with counsel for Plaintiffs.

The parties write at your request to provide a status report on the above-referenced matter. The Fair Labor Standards Act opt-in period ended last week and the parties have received an update from the claim's administrator indicating that it was able to deliver all notices other than a few that were undeliverable. The parties would now like to schedule a settlement conference with the Court in an effort to resolve all claims. Please let us know the most efficient way to work with your Honor's chambers to schedule a settlement conference. Thank you.

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

*/s/ William J. Anthony*

William J. Anthony

cc:   Counsel of record (via ECF)

129168.00606/128845158v.1