# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

December 7, 2023

**VIA ECF**

Magistrate Judge Tonianne J. Bongiovanni
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:  *Vincente Martinez Lopez, et al. v. GDB International Inc.*
          No. 21 Civ. 05923 (TJB)

Dear Judge Bongiovanni:

    We represent the Plaintiffs in the above-referenced action, and together with Defendants, we jointly submit the enclosed Settlement Agreement and Release (the "Agreement") for Court approval.

    Your Honor facilitated the settlement discussions between the parties during an in-person settlement conference held on October 13, 2023. Since then, the parties drafted and executed the enclosed Agreement. For the reasons discussed during the settlement conference, including the bona fide disputes between the parties such as the applicability of the Motor Carrier Act, the parties request that Your Honor approve the Agreement and dismiss this case in accordance with the Stipulation of Dismissal attached to the Agreement. In the event the Court deems it advisable to conduct a hearing with counsel prior to approving the Agreement, we would request that the hearing be scheduled expeditiously.

    Respectfully submitted,

    *s/Vivianna Morales*

    Vivianna Morales

Enclosures