UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X

VICENTE MARTINEZ LOPEZ, RICARDO
GALINDO NAZARIO, EPIGMENIO RUIZ
MARTINEZ and ELEUTERIA ARELLANEZ
RAMIREZ, on behalf of themselves and all others
similarly situated,

               Plaintiffs,

-against-

GDB INTERNATIONAL, INC.,

Case No. 21-cv-05923 (TGB)

---------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** on March 19, 2021 Plaintiffs Vicente Martinez Lopez, Ricardo Galindo Nazario, Epigmenio Ruiz Martinez, and Eleuteria Arellanez Ramirez filed a Complaint, which asserts claims for, *inter alia*, unpaid minimum and overtime wages, and liquidated under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and the New Jersey Wage and Hour Law ("NJWHL");

**WHEREAS,** Plaintiffs Alejandrino Gonzalez Ramirez, Alfredo Chavez Sanchez, Andres Gutierrez, Anna Hernandez, Austreberta Martinez Nicola, Berlen Lopez Rivera, Carmen Herrera Gonzalez, Elisea Zuniga Gonzalez, Erick Mendoza, Esmeralda Ortega, Grecia Estefania Diaz Santos, Hugo Cholula, Jaime Munoz Martinez, Maria Nicholas Martinez, Maria Quizhpi, Mario Santos, Miguel Angel Salas, Miguel Perez Hernandez a/k/a Angel Cruz, Misael Sierra, Norma Marisol Hernandez, Pedro Lazaro, and Yeferson Garcia became Party Plaintiffs by opting into this action;

15

**WHEREAS**, the Parties reached a settlement of this action and Plaintiffs' claims through arm's-length negotiations and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement;

**WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a *bona fide* dispute under the FLSA; and

**WHEREAS**, this Court shall retain jurisdiction to enforce the terms of the Agreement;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

| | |
|---|---|
| PECHMAN LAW GROUP PLLC | BLANK ROME |
| By: *Vivianna Morales* | By: *[signature]* |
| Louis Pechman, Esq. | Mark Blondman, Esq. |
| Vivianna Morales, Esq. | One Logan Square |
| Christian Mercado, Esq. | 130 North 18th Street |
| 488 Madison Avenue, 17th Floor | Philadelphia, PA 19103 |
| New York, NY 10022 | (215) 569-5593 |
| (212) 583-9500 | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |
| Dated: New York, NY | Dated: Philadelphia, PA |
| Dec. 7, 2023 | Dec 6, 2023 |

SO ORDERED:

*[signature]*

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge

Dated: Trenton, New Jersey
January 9, 2023

16